# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POUPAK BAREKAT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GREAT NEW WORLD EQUITY LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-02136-DOC-ADS<br><br>Judgment |

Upon review of the court files, the application for default judgment, the declarations submitted in support of default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff POUPAK BAREKAT shall have JUDGMENT in his favor in the amount of $1,000.00 against Defendant GREAT NEW WORLD EQUITY LLC, a California limited liability company ("Defendant") for Defendant's violation of the ADA, 42 U.S.C. § 12181, et. seq., as follows:

(1) Injunctive relief enjoining Defendant from further violations of the ADA, 42 U.S.C. § 12181, et. seq., and mandating that Defendant provide an ADA-compliant premises at 19759 E. Colima Road, Rowland Heights, CA 91748, by removing barriers at the premises to the extent Defendant can legally do so..

(2) Attorneys' fees and costs in the amount of $1,000.00.

DATED: December 6, 2021

*David O. Carter*

David O. Carter
United States District Judge